**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JOSEPH L. MANSON III, <br>     d/b/a LAW OFFICES OF <br>     JOSEPH L. MANSON III <br><br>     Plaintiff/Stakeholder, <br><br> v. <br><br> UNIVERSITAS EDUCATION, LLC, et al. <br><br>     Defendants/Claimants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     CA No. 1:18-cv-219-CMH/JFA <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**
**DEFENDANT LOEB & LOEB, LLP**

Plaintiff Joseph L. Manson, III, d/b/a Law Offices of Joseph L. Manson III ("the Interpleader"), by counsel, pursuant to F.R.Civ.P. 41(a)(2), files this Unopposed Motion to Dismiss Defendant Loeb & Loeb, LLP. A Memorandum in Support is filed herewith.

For the reasons stated therein, Interpleader-Plaintiff Joseph L. Manson III respectfully moves this Court to dismiss Loeb & Loeb, LLP, as a defendant in this matter, with prejudice, and to grant such other relief as to the Court seems proper.

                                                 JOSEPH L. MANSON III
                                                 By Counsel

                                           _____/s/_____
                                           David I. Bledsoe
                                           VSB 29826
                                           Attorney for Interpleader-Plaintiff
                                           600 Cameron Street, Suite 203
                                           Law Office of David I. Bledsoe
                                           Alexandria, VA  22314
                                           703-379-9424
                                           703-684-1851(fax)
                                           bledsoelaw@earthlink.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2018, the foregoing was filed with the Clerk of Court through the Court's CM/ECF system, which will then send a notice of the filing (NEF) to all counsel of record.

                                              /s/
                                    David I. Bledsoe