IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSEPH L. MANSON III, <br> d/b/a LAW OFFICES OF <br> JOSEPH L. MANSON III <br><br> Plaintiff/Stakeholder, <br><br> v. <br><br> UNIVERSITAS EDUCATION, LLC, et al. <br><br> Defendants/Claimants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CA No. 1:18-cv-219-CMH/JFA <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter having come before the Court on Plaintiff-Interpleader's Unopposed Motion to Dismiss Defendant Loeb & Loeb, LLP, and it appearing to the Court that Defendant Loeb & Loeb, LLP is no longer a claimant to the interpleaded funds, it is hereby

ORDERED that Defendant Loeb & Loeb, LLP is dismissed with prejudice as a defendant from this case, each side to bear its own costs.

ORDERED THIS 26th day of July, 2018.

Claude M. Hilton
United States District Judge