## ** CIVIL MINUTES **

Date: 7/27/2018    Judge: Hilton    Reporter: J. Egal

Civil Action Number: 1:18cv219

10:15 – 10:50

<u>Joseph L. Manson, III v. Universitas Education, LLC, et al.</u>

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| David Bledsoe<br>Joseph L. Manson | Universitas Education:<br>    Terrance Reed<br>Sturm Law, PLLC:<br>    Miles Jarrad Wright<br>    Jayna Genti |

Shannon Lang present.

Defendant Sturm Law Firm's [59] Motion to Dismiss – Argued and Denied.