IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOSEPH L. MANSON III,<br>d/b/a LAW OFFICES OF JOSEPH L. MANSON III,<br><br>    Plaintiff/Stakeholder,<br><br>v.<br><br>UNIVERSITAS EDUCATION, LLC,<br>et al.,<br><br>    Defendants/Claimants. | Civil Action No. 1:18-cv-219 |

## ORDER

THIS MATTER comes before the Court on Defendant Sturm Law's Motion to Dismiss Plaintiff's Amended Complaint for Improper Venue. For the reasons stated from the bench, it is hereby

ORDERED that Defendant's Motion is DENIED.

*/s/ Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 30, 2018