**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| Joseph L. Manson, III, | ) |
|     Plaintiff/Stakeholder, | ) ) ) |
| v. | )    1:18-cv-219 CMH/JFA |
| Universitas Education, LLC, *et al.*, | ) ) ) |
|     Defendants/Claimants | ) ) |

**MOTION TO ALLOW WITHDRAWAL OF MARGARET MARKS
AS COUNSEL FOR UNIVERSITAS EDUCATION, LLC**

Defendant and Claimant Universitas Education, LLC, by counsel, pursuant to Local Civil Rule 83.1, hereby moves this Court for entry of an order allowing the withdrawal of the appearance of Margaret M. Marks, Esq. ("Marks"), of the law firm of Odin, Feldman & Pittleman, P.C., admitted as counsel of record for Universitas Education, LLC and further requests that Marks be removed from future ECF notifications regarding this case. Joseph L. Manson, III, of the Law Office of Joseph L. Manson, III, as well as Henry M. Lloyd of the Law Office of Henry M. Lloyd, P.C. as *pro hac vice* co-counsel, will continue to represent Universitas Education, LLC and serve as its counsel of record in this case.

A Proposed Order granting the relief requested is attached hereto.

                                                                              Respectfully submitted.

                                                                              /s/ Margaret Marks
                                                                    Margaret M. Marks (VSB No. 76819)
                                                                  ODIN, FELDMAN & PITTLEMAN, P.C.
                                                                  1775 Wiehle Ave., Suite 400
                                                                  Reston, VA 20190
                                                                  Telephone: (703) 218-2156
                                                                  Facsimile: (703) 218-2160
                                                                  Meg.Marks@ofplaw.com

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2018, a copy of the forgoing was served by electronically filing a copy with the clerk of the court using the ECF filing system, which will automatically notify all registered counsel of record.

      /s/ Margaret Marks
Margaret M. Marks (VSB No. 76819)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Telephone: (703) 218-2156
Facsimile: (703) 218-2160
Meg.Marks@ofplaw.com