UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Joseph Manson, III | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-219 CMH/JFA |
| Universitas Education, LLC, et al. | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Interpleader Defendants Universitas Education, LLC, Sturm Law, PLLC, Shannon A. Lang, and Shannon A. Lang, PLLC (collectively, the "Parties") have filed a Joint Motion to Dismiss with Prejudice and Disburse Funds and have requested that the Court dismiss all of the outstanding claims in the above-captioned interpleader action with prejudice.

Additionally, funds totaling $4,250,000 were previously deposited with the Court pursuant the Court's Order of July 6, 2018, ECF No. 84, in the above-captioned interpleader action. These funds were deposited in the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

IT IS HEREBY ORDERED that all causes of action asserted or which could have been asserted by the Parties in this suit are hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that, in accordance with the Joint Motion to Dismiss with Prejudice and Disburse Funds, submitted on December 10, 2018, the funds previously deposited

with the Clerk of Court, plus accrued interest, shall be withdrawn and disbursed by the Clerk of Court directly from the Registry to the following parties as follows:

1. To Joseph L. Manson III, Esq., to be held in an Interests on Lawyer Trusts Account ("IOLTA") on behalf of Shannon A. Lang, PLLC, the Sum of $250,000.00, plus interest accrued.

Joseph L. Manson III, Esq.
600 Cameron St.
Alexandria, VA 22314
EIN: 46-5616614

2. To Sturm Law, PLLC, the Sum of $1,000,000.00, plus interest accrued.

Sturm Law, PLLC
712 Main St., Suite 900
Houston, TX 77002
EIN: 46-3931772

3. To Universitas Education, LLC, the balance of the funds remaining in the Registry of the Court, or $3,000,000.00, plus interest accrued.

Universitas Education, LLC
404 E 55th St., APT 13A
New York City, NY 10022
EIN: 74-3124276

The Clerk of Court is absolved of any liability by compliance with this Order.

IT IS SO ORDERED.

DATED this 10th day of December, 2018.

_____
Claude M. Hilton
United States District Judge